# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. COLOMA,<br><br>                              Plaintiff,<br>vs.<br>WAL-MART STORES, INC., et al.,<br><br>                              Defendant. | CASE NO. 06 CV 2799 JM (JMA)<br><br>**ORDER GRANTING DISMISSAL** |

Pursuant to the parties' joint motion (see Docket no. 21), and based on a showing of good cause, the court hereby **GRANTS** dismissal with prejudice of the complaint in this action, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: November 21, 2007

                                                Hon. Jeffrey T. Miller<br>                                                United States District Judge

cc:       All parties